**Banoro GARRETT, Plaintiff–Appellant,**

v.

**DIVERSIFIED INDUSTRIAL CONCEPTS, INCORPORATED, Defendant–Appellee.**

No. 06–7520.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 28, 2007.

Banoro Garrett, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Banoro Garrett seeks to appeal the district court's order denying his motion for appointment of counsel filed in his Title VII action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Garrett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*